# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FILED

AUG 2 9 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

THOMAS KEVIN JENKINS,        )
                                         )

        Plaintiff,               )
                                         )

        v.                      )   Civil Action No. 17-1562 (UNA)
                                       )

CHAD E. TILLBROOK, *et al.*,    )
                                       )

        Defendants.           )

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and *pro se* submission titled "Tort Claim." It appears that plaintiff's submission should have been filed in his prior case, *Jenkins v. Tillbrook*, No. 17-cv-1346 (UNA). The Court will dismiss this civil action without prejudice as duplicative.

An Order is issued separately.

_____
United States District Judge

DATE: 8/22/17